46 A.3d 707

**William BROWN, Petitioner**

v.

**COURT OF COMMON PLEAS, County of Philadelphia; Attorney General Office, Commonwealth of Pennsylvania, Respondents.**

**No. 39 EM 2012.**

Supreme Court of Pennsylvania.

June 13, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2012, the Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent it asks for extraordinary relief, and is **GRANTED** to the extent it asks for mandamus relief. The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending filing within 120 days of our order.

46 A.3d 708

**Deborah Ann NARDELLA, Petitioner**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSIT AUTHORITY, Respondent.**

**No. 35 EM 2012.**

Supreme Court of Pennsylvania.

June 13, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2012, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**